IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KATRINA FERRELL,**

       Plaintiff,

  vs.                                  Civil Action 2:10-CV-883
                                        Judge Smith
                                        Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

## ORDER

On July 21, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 17. Although the parties were advised of their right to object and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                *s/George C. Smith*
                                          **George C. Smith, Judge**
                                          **United States District Court**